# United States District Court
# For The Western District of North Carolina
# Statesville Division

| | |
|---|---|
| DAVID E. SIMPSON, | |
| Petitioner, | JUDGMENT IN A CIVIL CASE |
| vs. | 5:11CV61-3-V |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 9, 2011 Order.

Signed: May 9, 2011

Frank G. Johns, Clerk
United States District Court